JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ARNOLD SOLIS MONCIVAIS**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant. | Case No: CV13-8989 CAS (SHx) <br><br> **ORDER DISMISSING ACTION** <br><br> Hon. Christina A. Snyder <br> United States District Court |

This Court, having read and considered the "Stipulation for Compromise Settlement and Release" entered into between Plaintiff Arnold Solis Moncivais and Defendant United States of America, and finding good cause therefor, hereby orders that this action shall be dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

**Dated this  21st   day of the month of May 2014.**

_____  *Christina A. Snyder*  _____

**THE HONORABLE CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**